# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAM T DUSTIN | § | Case No. 16-82468 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/21/2016 . The undersigned trustee was appointed on 10/21/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of   $   20,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 9.67 |
| Bank service fees | 152.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]   $   19,837.45

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/08/2017  and the deadline for filing governmental claims was  04/19/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 19.60 , for total expenses of $ 19.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2017                By:/s/BERNARD J. NATALE, TRUSTEE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-82468 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAM T DUSTIN | | | | Date Filed (f) or Converted (c): | 10/21/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 11/16/2017 | | | | Claims Bar Date: | 03/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 239 Snowmass Club Circle Snowmass Club Condominium Unit 110 | 50,000.00 | 30,000.00 | | 15,000.00 | FA |
| 2. 218 North Ward Mccomb Il | 15,000.00 | 60,000.00 | OA | 0.00 | FA |
| 3. 2003 Corvette Mileage: 132000 Location: 770 Parc Court, Lake | 5,500.00 | 5,500.00 | | 3,950.00 | FA |
| 4. 2003 Harley Davidson 883 Mileage: 4470 Location: 770 Parc Co | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. 4 Dirtbikes - 1998 Purchased For $600.00 - $1,000.00 Each. C | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. 2006 Chrysler 300 Mileage: 150,000 Title In Name Of Debtor A | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 1995 Corvette Mileage: 177,000 Car Titled In Debtor And Son | 1,850.00 | 1,850.00 | | 1,050.00 | FA |
| 8. 2007 Dodge Charger` Mileage: 296,000 Location: 770 Parc Cour | 700.00 | 1,400.00 | OA | 0.00 | FA |
| 9. HOUSEHOLD GOODS AND FURNISHINGS | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Electronics | 100.00 | 0.00 | OA | 0.00 | FA |
| 11. WEARING APPAREL | 250.00 | 0.00 | OA | 0.00 | WFA |
| 12. Lawn Mowers, Bicycles & Other related items. | 500.00 | 0.00 | OA | 0.00 | FA |
| 13. Cash This Changes Daily As The Debtor Goes Through The Day. | 500.00 | 0.00 | OA | 0.00 | FA |
| 14. CHECKING ACCOUNT - 1st National Bank | 200.00 | 0.00 | OA | 0.00 | FA |
| 15. CHECKING ACCOUNT - BMO Harris Bank | 100.00 | 0.00 | OA | 0.00 | FA |
| 16. G Y Industries 358 Armory Dr. South Holland, Il 60473 | 0.00 | 0.00 | OA | 0.00 | FA |
| 17. Fsg Crest Llc - Actually Gy Industries 50% | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. Dustin And Company Owned 50% By Debtor And 50% By Spouse. | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. Ira At Fidelity | 507.99 | 0.00 | OA | 0.00 | FA |

|  | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $75,207.99 | $98,750.00 | $20,000.00    $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE COLLECTING BALANCE OF COMPROMISE.

Initial Projected Date of Final Report (TFR): 12/31/2017      Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 16-82468 | Trustee Name: BERNARD J. NATALE, TRUSTEE | |
| Case Name: WILLIAM T DUSTIN | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8806 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1004 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 11/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/17 | 1 | William T & Dot A Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise | 1110-000 | $15,000.00 | | $15,000.00 |
| 04/25/17 | 7 | William T & Dot A Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise<br>April payment | 1129-000 | $1,000.00 | | $16,000.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.42 | $15,979.58 |
| 05/22/17 | | William T & Dot A Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise<br>May Pymt | | $1,000.00 | | $16,979.58 |
| | | | Gross Receipts                 $1,000.00 | | | | |
| | 3 | | 2003 Corvette Mileage: 132000         $950.00<br>Location: 770 Parc Court, Lake | 1129-000 | | | |
| | 7 | | 1995 Corvette Mileage:         $50.00<br>177,000 Car Titled In Debtor And Son | 1129-000 | | | |
| 06/06/17 | 1101 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $9.67 | $16,969.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.23 | $16,945.68 |
| 06/23/17 | 3 | William T & Dot A Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise | 1129-000 | $1,000.00 | | $17,945.68 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.77 | $17,920.91 |
| 08/02/17 | 3 | William T and Dot A Dustin<br>770 Parc Court<br>Lake in the Hills, IL 60156-5634 | Compromise | 1129-000 | $1,000.00 | | $18,920.91 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.65 | $18,894.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                Page Subtotals:                $19,000.00        $105.74

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-82468 | Trustee Name: | BERNARD J. NATALE, TRUSTEE | |
| Case Name: | WILLIAM T DUSTIN | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX8806 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1004 | Blanket Bond (per case limit): | $3,000.00 | |
| For Period Ending: | 11/16/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/17 | 3 | William T. & Dot A. Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise | 1129-000 | $1,000.00 | | $19,894.26 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.23 | $19,866.03 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.58 | $19,837.45 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $20,000.00 | $162.55 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $162.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $162.55 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*          Page Subtotals:          $1,000.00          $56.81

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8806 - Checking | $20,000.00 | $162.55 | $19,837.45 |
|  | $20,000.00 | $162.55 | $19,837.45 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-82468  
Debtor Name: WILLIAM T DUSTIN  
Claims Bar Date: 3/8/2017  

Date: November 16, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $2,750.00 | $2,750.00 |
| TRTEE XP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $19.60 | $19.60 |
| ATTYFEES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $4,278.75 | $4,278.75 |
| ATTYEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $23.61 | $23.61 |
| 3 230 5300 | William Wall<br>1504 Mirror Lake Drive<br>Naperville, Il 60563 | Priority | Order entered 10/13/17 denying claim<br>Objection Notes: Claimant has filed a standard proof of claim form with no additional documentation, or with a one-page summary sheet attached showing nothing more than the debtor's name, account number and total alleged debt. The filing fails to comply with Bankruptcy Rule 3001(c) because the claim is based upon an original writing and other documentation reflecting the accrual of the balance. At a minimum, the claimant should be required to provide a sufficient number of monthly account statements to show how the total amount asserted has been calculated and a copy of the agreement authorizing the charges and fees included within the claim. If such documentation is not provided by the response date, then the claim should be disallowed. | $0.00 | $5,492.28 | $0.00 |
| 1 300 7100 | Capital One Bank (Usa), N.A.<br>American InfoSource LP<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $4,148.19 | $4,148.19 |
| 2 300 7100 | Capital One Bank (Usa), N.A.<br>American InfoSource LP<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $3,109.36 | $3,109.36 |
| 3U 300 7100 | William Wall<br>1504 Mirror Lake Drive<br>Naperville, Il 60563 | Unsecured | Order entered on 10/13/17 denying claim | $0.00 | $53,507.31 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-82468  
Debtor Name: WILLIAM T DUSTIN  
Claims Bar Date: 3/8/2017  

Date: November 16, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | U.S. Bank Na Dba Elan Financial Services<br>P O Box 5227<br>Cincinnati OH 45201-5227 | Unsecured | | $0.00 | $14,413.41 | $14,413.41 |
| 5 300 7100 | World"s Foremost Bank<br>Cabela"s Club Visa<br>Po Box 82609<br>Lincoln, Ne 68501-2609 | Unsecured | | $0.00 | $9,134.66 | $9,134.66 |
| 6 300 7100 | Cavalry Spv I, Llc<br>% Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, Az 85712 | Unsecured | | $0.00 | $49.69 | $49.69 |
| 7 300 7100 | Citibank, N.A.<br>C/O Quantum3 Group Llc<br>Po Box 280<br>Kirkland, Wa 98083-0280 | Unsecured | | $0.00 | $17,584.80 | $17,584.80 |
| 8 300 7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>P O Box 41031<br>Norfolk VA 23541 | Unsecured | | $0.00 | $6,058.29 | $6,058.29 |
| 9 300 7100 | PYOD LLC  As Assignee of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $24,304.15 | $24,304.15 |
| 10 300 7100 | Portfolio Recovery Associates, Llc<br>PO Box 12914<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $292.68 | $292.68 |
| 11 300 7100 | BMO Harris Bank N.A.<br>PO Box 2035<br>Milwaukee, WI 53201 | Unsecured | | $0.00 | $85,199.40 | $85,199.40 |
| | Case Totals | | | $0.00 | $230,366.18 | $171,366.59 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-82468
Case Name: WILLIAM T DUSTIN
Trustee Name: BERNARD J. NATALE, TRUSTEE

Balance on hand $ 19,837.45

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 19.60 | $ 0.00 | $ 19.60 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 4,278.75 | $ 0.00 | $ 4,278.75 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 23.61 | $ 0.00 | $ 23.61 |

Total to be paid for chapter 7 administrative expenses $ 7,071.96

Remaining Balance $ 12,765.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | William Wall | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 12,765.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 164,294.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 4,148.19 | $ 0.00 | $ 322.31 |
| 2 | Capital One Bank (Usa), N.A. | $ 3,109.36 | $ 0.00 | $ 241.59 |
| 3U | William Wall | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | U.S. Bank Na Dba Elan Financial Services | $ 14,413.41 | $ 0.00 | $ 1,119.90 |
| 5 | World"s Foremost Bank | $ 9,134.66 | $ 0.00 | $ 709.75 |
| 6 | Cavalry Spv I, Llc | $ 49.69 | $ 0.00 | $ 3.86 |
| 7 | Citibank, N.A. | $ 17,584.80 | $ 0.00 | $ 1,366.32 |
| 8 | Synchrony Bank | $ 6,058.29 | $ 0.00 | $ 470.72 |
| 9 | PYOD LLC  As Assignee | $ 24,304.15 | $ 0.00 | $ 1,888.40 |
| 10 | Portfolio Recovery Associates, Llc | $ 292.68 | $ 0.00 | $ 22.74 |
| 11 | BMO Harris Bank N.A. | $ 85,199.40 | $ 0.00 | $ 6,619.90 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $   12,765.49 |
| Remaining Balance | $   0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE