# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAM T DUSTIN | § | Case No. 16-82468 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 15,850.00 *(Without deducting any secured claims)* | Assets Exempt: 3,807.99 |
| Total Distributions to Claimants: 12,765.49 | Claims Discharged Without Payment: 458,743.65 |
| Total Expenses of Administration: 7,234.51 | |

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 47,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,234.51 | 7,234.51 | 7,234.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 5,492.28 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 260,214.51 | 217,801.94 | 164,294.63 | 12,765.49 |
| **TOTAL DISBURSEMENTS** | $ 307,214.51 | $ 230,528.73 | $ 171,529.14 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 10/21/2016 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2018         By:/s/BERNARD J. NATALE, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 239 Snowmass Club Circle Snowmass Club Condominium Unit 110 | 1110-000 | 15,000.00 |
| 1995 Corvette Mileage: 177,000 Car Titled In Debtor And Son | 1129-000 | 1,050.00 |
| 2003 Corvette Mileage: 132000 Location: 770 Parc Court, Lake | 1129-000 | 3,950.00 |
| TOTAL GROSS RECEIPTS | | $ 20,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC, P.O. Box 1820 Dayton, OH 45401-1820 | | 47,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Snowmass Club | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 47,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| BERNARD J. NATALE | 2200-000 | NA | 19.60 | 19.60 | 19.60 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 9.67 | 9.67 | 9.67 |
| Associated Bank | 2600-000 | NA | 152.88 | 152.88 | 152.88 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 4,278.75 | 4,278.75 | 4,278.75 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 23.61 | 23.61 | 23.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 7,234.51 | $ 7,234.51 | $ 7,234.51 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 3 | William Wall | 5300-000 | NA | 5,492.28 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 5,492.28 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, PO Box 851001 Dallas, TX 75285-1001 | | 20,261.28 | NA | NA | 0.00 |
| | Cabelas, P.O. Box 82519 Lincoln, NE 68501-2519 | | 8,650.00 | NA | NA | 0.00 |
| | Capital One Bank, PO Box 6492 Carol Stream, IL 60197-6492 | | 3,852.44 | NA | NA | 0.00 |
| | Capital One Bank, PO Box 6492 Carol Stream, IL 60197-6492 | | 2,949.21 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank, PO Box 6492 Carol Stream, IL 60197-6492 | | 5,947.38 | NA | NA | 0.00 |
| | Chase, P.O. Box 1423 Charlotte, NC 28201-1423 | | 1,000.00 | NA | NA | 0.00 |
| | Citi Business, P.O. Box 78045 Phoenix, AZ 85062-8045 | | 18,756.06 | NA | NA | 0.00 |
| | Citi Card, P.O. Box 78045 Phoenix, AZ 85062-8045 | | 16,853.85 | NA | NA | 0.00 |
| | Citi Card, P.O. Box 78045 Phoenix, AZ 85062-8045 | | 17,000.00 | NA | NA | 0.00 |
| | Citi Card, P.O. Box 78045 Phoenix, AZ 85062-8045 | | 23,087.10 | NA | NA | 0.00 |
| | GE Synchrony, P.O. Box 960004 Orlando, FL 32896-0004 | | 5,563.78 | NA | NA | 0.00 |
| | Harris Bank, 10604 Route 47 Huntley, IL 60142 | | 99,500.00 | NA | NA | 0.00 |
| | Northern Trust, P.O Box 790408 Saint Louis, MO 63179-0408 | | 14,850.00 | NA | NA | 0.00 |
| | US Bank, P.O Box 790408 Saint Louis, MO 63179-0408 | | 21,943.41 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | BMO Harris Bank N.A. | 7100-000 | NA | 85,199.40 | 85,199.40 | 6,619.90 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 4,148.19 | 4,148.19 | 322.31 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 3,109.36 | 3,109.36 | 241.59 |
| 7 | Citibank, N.A. | 7100-000 | NA | 17,584.80 | 17,584.80 | 1,366.32 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 292.68 | 292.68 | 22.74 |
| 9 | PYOD LLC As Assignee | 7100-000 | NA | 24,304.15 | 24,304.15 | 1,888.40 |
| 8 | Synchrony Bank | 7100-000 | NA | 6,058.29 | 6,058.29 | 470.72 |
| 4 | U.S. Bank Na Dba Elan Financial Services | 7100-000 | NA | 14,413.41 | 14,413.41 | 1,119.90 |
| 3U | William Wall | 7100-000 | NA | 53,507.31 | 0.00 | 0.00 |
| 5 | World"s Foremost Bank | 7100-000 | NA | 9,134.66 | 9,134.66 | 709.75 |
| 6 | Cavalry Spv I, Llc | 7100-001 | NA | 49.69 | 49.69 | 3.86 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 260,214.51 | $ 217,801.94 | $ 164,294.63 | $ 12,765.49 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-82468 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAM T DUSTIN | | | | Date Filed (f) or Converted (c): | 10/21/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2016 |
| For Period Ending: | 01/31/2018 | | | | Claims Bar Date: | 03/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 239 Snowmass Club Circle Snowmass Club Condominium Unit 110 | 50,000.00 | 30,000.00 | | 15,000.00 | FA |
| 2. 218 North Ward Mccomb Il | 15,000.00 | 60,000.00 | OA | 0.00 | FA |
| 3. 2003 Corvette Mileage: 132000 Location: 770 Parc Court, Lake | 5,500.00 | 5,500.00 | | 3,950.00 | FA |
| 4. 2003 Harley Davidson 883 Mileage: 4470 Location: 770 Parc Co | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. 4 Dirtbikes - 1998 Purchased For $600.00 - $1,000.00 Each. C | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. 2006 Chrysler 300 Mileage: 150,000 Title In Name Of Debtor A | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 1995 Corvette Mileage: 177,000 Car Titled In Debtor And Son | 1,850.00 | 1,850.00 | | 1,050.00 | FA |
| 8. 2007 Dodge Charger` Mileage: 296,000 Location: 770 Parc Cour | 700.00 | 1,400.00 | OA | 0.00 | FA |
| 9. HOUSEHOLD GOODS AND FURNISHINGS | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Electronics | 100.00 | 0.00 | OA | 0.00 | FA |
| 11. WEARING APPAREL | 250.00 | 0.00 | OA | 0.00 | FA |
| 12. Lawn Mowers, Bicycles & Other related items. | 500.00 | 0.00 | OA | 0.00 | FA |
| 13. Cash This Changes Daily As The Debtor Goes Through The Day. | 500.00 | 0.00 | OA | 0.00 | FA |
| 14. CHECKING ACCOUNT - 1st National Bank | 200.00 | 0.00 | OA | 0.00 | FA |
| 15. CHECKING ACCOUNT - BMO Harris Bank | 100.00 | 0.00 | OA | 0.00 | FA |
| 16. G Y Industries 358 Armory Dr. South Holland, Il 60473 | 0.00 | 0.00 | OA | 0.00 | FA |
| 17. Fsg Crest Llc - Actually Gy Industries 50% | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. Dustin And Company Owned 50% By Debtor And 50% By Spouse. | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. Ira At Fidelity | 507.99 | 0.00 | OA | 0.00 | FA |

| | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $75,207.99 | $98,750.00 | $20,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE COLLECTING BALANCE OF COMPROMISE.


Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-82468 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: WILLIAM T DUSTIN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8806 |
| | Checking |
| Taxpayer ID No: XX-XXX1004 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/17 | 1 | William T & Dot A Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise | 1110-000 | $15,000.00 | | $15,000.00 |
| 04/25/17 | 7 | William T & Dot A Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise<br>April payment | 1129-000 | $1,000.00 | | $16,000.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.42 | $15,979.58 |
| 05/22/17 | | William T & Dot A Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise<br>May Pymt | | $1,000.00 | | $16,979.58 |
| | | | Gross Receipts    $1,000.00 | | | | |
| | 3 | | 2003 Corvette Mileage: 132000    $950.00<br>Location: 770 Parc Court, Lake | 1129-000 | | | |
| | 7 | | 1995 Corvette Mileage:    $50.00<br>177,000 Car Titled In Debtor And Son | 1129-000 | | | |
| 06/06/17 | 1101 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $9.67 | $16,969.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.23 | $16,945.68 |
| 06/23/17 | 3 | William T & Dot A Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise | 1129-000 | $1,000.00 | | $17,945.68 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.77 | $17,920.91 |
| 08/02/17 | 3 | William T and Dot A Dustin<br>770 Parc Court<br>Lake in the Hills, IL 60156-5634 | Compromise | 1129-000 | $1,000.00 | | $18,920.91 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.65 | $18,894.26 |

Page Subtotals:    $19,000.00    $105.74

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-82468 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: WILLIAM T DUSTIN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8806 |
| | Checking |
| Taxpayer ID No: XX-XXX1004 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/17 | 3 | William T. & Dot A. Dustin<br>770 Parc Court<br>Lake in the Hills IL 60156-5634 | Compromise | 1129-000 | $1,000.00 | | $19,894.26 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.23 | $19,866.03 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.58 | $19,837.45 |
| 12/21/17 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $2,769.60 | $17,067.85 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($2,750.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses ($19.60) | 2200-000 | | | |
| 12/21/17 | 1103 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | $4,302.36 | $12,765.49 |
| | | BERNARD J. NATALE LTD | Attorney Fees ($4,278.75) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses ($23.61) | 3120-000 | | | |
| 12/21/17 | 1104 | Capital One Bank (Usa), N.A.<br>American InfoSource LP<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $563.90 | $12,201.59 |
| | | Capital One Bank (Usa), N.A. | Ref #8348 ($322.31) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Ref #8583 ($241.59) | 7100-000 | | | |
| 12/21/17 | 1105 | U.S. Bank Na Dba Elan Financial Services<br>P O Box 5227<br>Cincinnati OH 45201-5227 | Ref# 5150 | 7100-000 | | $1,119.90 | $11,081.69 |

Page Subtotals: $1,000.00 $8,812.57

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-82468 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: WILLIAM T DUSTIN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8806 |
| | Checking |
| Taxpayer ID No: XX-XXX1004 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/17 | 1106 | World"s Foremost Bank<br>Cabela"s Club Visa<br>Po Box 82609<br>Lincoln, Ne 68501-2609 | Ref #7900 | 7100-000 | | $709.75 | $10,371.94 |
| 12/21/17 | 1107 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $3.86 | $10,368.08 |
| 12/21/17 | 1108 | Citibank, N.A.<br>C/O Quantum3 Group Llc<br>Po Box 280<br>Kirkland, Wa 98083-0280 | Ref #1159 | 7100-000 | | $1,366.32 | $9,001.76 |
| 12/21/17 | 1109 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>P O Box 41031<br>Norfolk VA 23541 | Ref #2460 | 7100-000 | | $470.72 | $8,531.04 |
| 12/21/17 | 1110 | PYOD LLC  As Assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Ref #4713 | 7100-000 | | $1,888.40 | $6,642.64 |
| 12/21/17 | 1111 | Portfolio Recovery Associates, Llc<br>PO Box 12914<br>Norfolk, Va 23541 | Ref #6755 Sam's Club | 7100-000 | | $22.74 | $6,619.90 |
| 12/21/17 | 1112 | BMO Harris Bank N.A.<br>PO Box 2035<br>Milwaukee, WI 53201 | Ref #7562 | 7100-000 | | $6,619.90 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

Page Subtotals: $0.00    $11,081.69

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8806 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:  $0.00    $0.00